USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WASHINGTON BENAVIDES MORAN, ON BEHALF
OF HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

                              Plaintiff,                                 1:26-cv-1210-MKV

                    -against-                                   ORDER OF DISMISSAL

MADHAPPY, INC.,

                              Defendant.

MARY KAY VYSKOCIL, United States District Judge:

       The Court is in receipt of a letter filed by Plaintiff informing the Court that the parties have

reached a settlement in principle.  [ECF No. 6].  Accordingly, IT IS HEREBY ORDERED that the

above-captioned action is discontinued without costs to any party and without prejudice to

restoring the action to this Court's calendar if the parties are unable to memorialize their settlement

in writing and as long as the application to restore the action is made by April 24, 2026.  If no such

application is made by that date, today's dismissal of the action is with prejudice.  *See Muze, Inc.*

*v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date:  March 25, 2026**
**       New York, NY**                         MARY KAY VYSKOCIL
                                                United States District Judge